**Order entered January 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01631-CV

## IN RE GREYHOUND LINES, INC., FIRST GROUP AMERICA, AND LAVANDA GORDON WASHINGTON, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02505-J**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. Subject to any agreement of the parties, we **ORDER** that each party bear its own costs of this original proceeding.


/s/  DOUGLAS S. LANG
    JUSTICE